## List of Acronyms and Abbreviations

| | | | | |
|---|---|---|---|---|
| ACASS | Naval Aviation Climate Assessment Survey System | | Lt. Cmdr. | Lieutenant Commander |
| ACIP | Aviation Career Incentive Pay | | Lt. Col. | Lieutenant Colonel |
| ACT | Active Duty | | Lt. j.g. | Lieutenant Junior Grade |
| Adm. | Admiral | | LTC | Lieutenant Colonel |
| AIM | All Instructor Meeting | | MAG | Marine Aircraft Group |
| AOM | All Officer Meeting | | MHE | Mental Health Evaluation |
| ASN (M&RA) | Assistant Secretary of the Navy (Manpower and Reserve Affairs) | | MILPERSMAN | Naval Military Personnel Manual |
| BUPERS | Bureau of Naval Personnel | | MWPA | Military Whistleblower Protection Act |
| CAG | Commander, Carrier Air Wing | | NAS | Naval Air Station |
| Capt. | Captain | | NATOPS | Naval Air Training and Operating Procedures Standardization |
| CAT | Category | | NAVINSGEN | Naval Inspector General |
| CCS | Command Climate Specialist | | NAWCTSD | Naval Air Warfare Center, Training and Systems Development |
| CDI | Command Directed Investigation | | NAVPERS | Navy Personnel |
| CDR | Commander | | NCIS | Naval Criminal Investigative Service |
| CHNAVPERS | Chief of Naval Personnel | | NFO | Naval Flight Officer |
| CI | Command Investigation | | NJP | Non-Judicial Punishment |
| Cmdr. | Commander | | NPLOC | Non-Punitive Letter of Caution |
| CMEO | Command Managed Equal Opportunity | | O-# | Officer Rank, (#) Number Indicates Level |
| CNAF | Commander, Naval Air Forces | | OIC | Officer in Charge |
| CNAL | Commander, Naval Air Forces, Atlantic | | OIG | Office of the Inspector General |
| CNAP | Commander, Naval Air Forces, Pacific | | OMPF | Official Military Personnel File |
| CNATRA | Chief of Naval Air Training | | OPNAVINST | Chief of Naval Operations Instruction |
| CNO | Chief of Naval Operations | | Ops O | Operations Officer |
| CNP | Chief of Naval Personnel | | ORM | Operational Risk Management |
| CPO | Chief Petty Officer | | PA | Personnel Action |
| CO | Commanding Officer | | PC | Protected Communications |
| CQ | Carrier Qualifications | | PCL | Pocket Checklist |
| CRM | Crew Resource Management | | PCO | Prospective Commanding Officer |
| CSA | Command Safety Assessment | | PDCAG | Prospective Deputy Commander, Carrier Air Wing |
| CSFWL | Commander, Strike Fighter Wing, Atlantic | | PI | Preliminary Inquiry |
| CVW | Carrier Air Wing | | PII | Personally Identifiable Information |
| CVN | Carrier, Fixed Wing Aircraft, Nuclear ("Aircraft Carrier") | | PLM | Precision Landing Mode |
| DCA | Deputy Commandant for Aviation | | POGO | Project on Government Oversight |
| DCAG | Deputy Commander, Carrier Air Wing | | PRB | Performance Review Board |
| DCNO | Deputy Chief of Naval Operations | | PXO | Prospective Executive Officer |
| DH | Department Head | | RADM | Rear Admiral |
| DoD | Department of Defense | | RAG | Replacement Air Group |
| DoD IG | Department of Defense Inspector General | | RGD | Retirement Grade Determination |
| DODCAF | Department of Defense Consolidated Adjudications Facility | | RMO | Responsible Management Officer |
| DODOIG | Department of Defense Office of the Inspector General | | ROI | Report on Investigation |
| DON | Department of the Navy | | SECNAVINST | Secretary of the Navy Instruction |
| DQ | Disqualify | | SFWL | Strike Fighter Wing Atlantic |
| E-# | Enlisted Rank, (#) Number Indicates Level | | SJA | Staff Judge Advocate |
| EO | Equal Opportunity | | SOD | Signal of Difficulty |
| FFPB | Field Flight Performance Board | | SOP | Standard Operating Procedures |
| FHP | Flight Hour Program | | SP | Student Pilot |
| FITREP | Fitness Report | | STRKFITRON | Strike Fighter Squadron |
| FNAEB | Field Naval Aviator Evaluation Board | | SWO | Surface Warfare Officer |
| FOIA | Freedom of Information Act | | TAD | Temporary Additional Duty |
| FOUO | For Official Use Only | | TDY | Temporary Duty |
| FRS | Fleet Replacement Squadron | | TOFT | Tactical Operational Flight Trainer |
| GCMCA | General Court-Martial Convening Authority | | TTP | Tactics, Techniques, and Procedures |
| HAZREP | Hazard Report | | UCMJ | Uniform Code of Military Justice |
| HFB | Human Factors Board | | UIC | United Identification Code |
| HFC | Human Factors Council | | USFF | United States Fleet Forces |
| IAC | Instructor Aircrew | | USFFC | United States Fleet Forces Command |
| IG | Inspector General | | USMC | United States Marine Corps |
| IO | Investigating Officer | | USN | United States Navy |
| IP | Instructor Pilot | | USPTO | United States Patent and Trademark Office |
| ISIC | Immediate Superior in Command | | VADM | Vice Admiral |
| IUT | Instructor Under Training | | VCNO | Vice Chief of Naval Operations |
| JAG | Judge Advocate General | | VFA | Strike Fighter Squadron |
| JAGC | Judge Advocate General's Corps | | VMFAT | Marine Fighter Attack Training Squadron |
| JAGMAN | Manual of the Judge Advocate General | | VT | Fixed-Wing Training Squadron |
| JPAS | Joint Personnel Adjudication System | | WRI | Whistleblower Reprisal Investigation |
| LCDR | Lieutenant Commander | | WSO | Weapons Systems Officer |
| LOI | Letter of Instruction | | XO | Executive Officer |
| LSO | Landing Signal Officer | | | |
| Lt. | Lieutenant | | | |